## STATE of Maine

v.

### George BENNETT, III.

Supreme Judicial Court of Maine.

Argued Sept. 8, 1986.
Decided Sept. 24, 1986.

Janet T. Mills, Dist. Atty., Patricia Reynolds, Asst. Dist. Atty. (orally), Auburn, for plaintiff.

Peter Dublin (orally), Lowry & Platt, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

George Bennett appeals from a judgment entered by the Superior Court, Androscoggin County, on a jury verdict of guilty of aggravated assault, 17–A M.R.S.A. § 208 (1983). He challenges the sufficiency of the evidence to support the verdict. Viewing the evidence in the light most favorable to the State, the jury rationally could have found beyond a reasonable doubt every element of the offense charged. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985); *State v. Heald*, 367 A.2d 1372, 1374 (Me.1972).

The entry is:

Judgment affirmed.

All concurring.